# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



**FILED**

MAY 0 9 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| **United States of America** | ) |
| **vs.** | ) **Case No.** |
| **Patricia Dianne Crawford** | ) 06-00117 AWI |
| | ) |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ____Patricia Diane Crawford____ , have discussed with _____JACOB M. SCOTT_____ , Supervising Pretrial Officer, modifications of my release conditions as follows:

The order that seek/maintaining employment be vacated.

All other previously imposed conditions of release remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

| _Y P Crawford_ | _4/17/06_ | _[signature]_ | _4/17/06_ |
|---|---|---|---|
| Signature of Defendant | Date | Pretrial Services Officer | Date |

I have reviewed the conditions and concur that this modification is appropriate.

| _[signature]_ | | _4/17/06_ |
|---|---|---|
| Signature of Assistant United States Attorney | | Date |

I have reviewed the conditions with my client and concur that this modification is appropriate.

| _[signature] W. Be___ | _5·8·06_ |
|---|---|
| Signature of Defense Counsel | Date |

### ORDER OF THE COURT

☒ The above modification of conditions of release is ordered, to be effective on _May 8, 2006_.

☐ The above modification of conditions of release is *not* ordered.

| _[signature] SM SNYDER_ | _5/8/06_ |
|---|---|
| Signature of Judicial Officer | Date |

cc:     U.S. Attorney's Office, Defense Counsel, Pretrial Services